**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                            (State)

Case number (If known): _____ Chapter _____

FILED
JAN 13 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Plant Based Pizza Boston LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 4 – 2 1 5 7 6 6 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1009 ABBOT KINNEY BLVD <br> Number    Street | Number    Street |
| | P.O. Box |
| VENICE          CA          90291 <br> City           State      ZIP Code | City           State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| LOS ANGELES <br> County | Number    Street |
| | City           State      ZIP Code |

5. **Debtor's website (URL)**    www.Matthewkenneycuisine.com

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor _____    Case number (if known)_____
　　　　Name

### 6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
7225 1 1

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

　　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____    Case number (if known)_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____  When _____  Case number _____
                                               MM / DD / YYYY
            District _____  When _____  Case number _____
                                               MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                                         MM  /  DD  / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                      Number      Street

                                      _____     _____
                                      City                                    State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
               Contact name   _____
               Phone              _____

■ **Statistical and administrative information**

Debtor _____     Case number (if known)_____
      Name

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☒ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 14 / 202
            MM / DD / YYYY

X _/s/ MK_____     Matthew Kenney
Signature of authorized representative of debtor     Printed name

Title   Managing Member

Debtor    **Plant Based Pizza Boston LLC.**    Case number (if known) _____
_____Name_____

---

**18. Signature of attorney**    ✗ _____    Date _____
  Signature of attorney for debtor          MM  / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____    _____  _____
City                                 State    ZIP Code

_____            _____
Contact phone                    Email address

_____            _____
Bar number                       State

---

Fill in this information to identify the case:

Debtor name: Plant Based Pizza Boston

United States Bankruptcy Court for the: _____ District of MA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A1 RESTAURANT VENTILATION INC<br>145 Broadway, Everett, MA 02149 | (617) 389-4488<br>tracey@a1rv.net | | | $200.50 | | |
| 2 | Artisan Pizza Solutions<br>1011 Detroit Ave Suite A/B, Concord, CA 94518 | sales@artisanpizzasolutions.com<br>925-494-0335 | | | 0 | | |
| 3 | Auto-Chlor System - Boston<br>140 Washington St # 1, Foxborough, MA 02035 | (508) 543-6767 | | | $19.66 | | |
| 4 | Auto-Chlor System - LA<br>4512 W Jefferson Blvd, Los Angeles, CA 90016 | (323) 732-5800 | | | $178.13 | | |
| 5 | Baldor Boston<br>130 Eastern Ave, Chelsea, MA 02150 | (718) 860-9100 | | | $3,110.36 | | |
| 6 | Baldor Specialty Foods, Inc<br>130 Eastern Ave, Chelsea, MA 02150 | info@baldorfood.com<br>{718-860-9100} | | | $2,155.81 | | |
| 7 | Bluedrop LLC<br>24 Norfolk Ave, South Easton, MA 02375 | accounting@bluedropwater.com<br>(877) 662-7873 | | | $158.31 | | |
| 8 | Cafe Europa, LLC<br>262 Tosca Dr, Stoughton, MA 02072 | orders@c-europa.com<br>(781) 297-5015 | | | $384.00 | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Case 2:23-bk-10208-BB    Doc 1    Filed 01/13/23    Entered 01/13/23 12:29:36    Desc
Main Document    Page 7 of 12

Debtor   **Plant Based Pizza Boston**  
       Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Casella Waste Systems, Inc. 25 Greens Hill Ln. Rutland, VT 05701 | (800) 445-1318 | | | $3,388.95 | | |
| 10 | Craft Massachusetts 170 Market St, Everett, MA 02149 | Web.CraftMass@craft-ma.com (617) 410-3900 | | | $1,498.80 | | |
| 11 | Eversource Energy 800 Boylston St, Boston, MA 02199 | 866-861-6225 | | | $7,254.63 | | |
| 12 | Falvey Linen Supply 23 Walpole Park South Drive., #6 Walpole, MA | orders@falveylinen.com (800) 338-4334 | | | $303.56 | | |
| 13 | Fresh Link Products 772 W Frontage Rd, Nogales, Arizona, 85621 | (856) 261-3107 | | | $2,046.25 | | |
| 14 | Hogshead Wine 106 Finnell Dr, Weymouth, MA 02188 | orders@hogsheadwineco.com 508-221-4756 | | | $1,509.28 | | |
| 15 | Imperial Dade 300 Financial Park Drive Franklin, MA 02038 | 201-438-7440 | | | $5,051.60 | | |
| 16 | Quench USA, Inc. 630 Allendale Rd Ste 200, King Of Prussia, Pennsylvania, 19406 | billing@quenchonline.com 1-888-554-2782 | | | 0 | | |
| 17 | Reverse Architecture 818 Mt Auburn St, Watertown, MA 02472 | (617) 440-3622 | | | 0 | | |
| 18 | Ruby Wines 625 Bodwell St, Avon, MA 02322 | (508) 588-7007 | | | $1,088 | | |
| 19 | Trust 1 Services 248 Copeland St, Quincy, MA 02169 | info@trust1services.com (617) 905-1366 | | | 0 | | |
| 20 | Valley Service Inc. 687 Lowell St STE 7, Methuen, MA 01844 | service@valleyserviceinc.com (978) 794-9424 | | | 0 | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| # | Vendor Name | Email | Main Phone |
|---|---|---|---|
| 1 | A1 RESTAURANT VENTILATION INC | tracey@a1rv.net | (617) 738-94488 |
| 2 | Airgas USA, LLC | erin.choi@airgas.com, WDIV.Customer | 617-825-3230 |
| 3 | Artisan Pizza Solutions | sales@artisanpizzasolutions.com | 925-494-0335 |
| 4 | Auto-Chlor System - Boston | | (508) 543-6767 |
| 5 | Auto-Chlor System - LA | | (323) 732-5800 |
| 6 | Baldor Boston | | (718) 860-9100 |
| 7 | Baldor Specialty Foods, Inc | info@baldorfood.com | {718-860-9100} |
| 8 | Bluedrop LLC | accounting@bluedropwater.com | (877) 662-7873 |
| 9 | Cafe Europa, LLC | orders@c-europa.com | (781) 297-5015 |
| 10 | Casella Waste Systems, Inc. | | (800) 445-1318 |
| 11 | Craft Massachusetts | Web.CraftMass@craft-ma.com | (617) 410-3900 |
| 12 | Eversource Energy | . | 866-861-6225 |
| 13 | Falvey Linen Supply | orders@falveylinen.com | (800) 338-4334 |
| 14 | Fresh Link Products | | (856) 261-3107 |
| 15 | Hogshead Wine | orders@hogsheadwineco.com | 508-221-4756 |
| 16 | Imperial Dade | | 201-438-7440 |
| 17 | Quench USA, Inc. | billing@quenchonline.com | 1-888-554-2782 |
| 18 | Reverse Architecture | | (617) 440-3622 |
| 19 | Ruby Wines | | (508) 588-7007 |
| 20 | Trust 1 Services | info@trust1services.com | (617) 905-1366 |
| 21 | Valley Service Inc. | service@valleyserviceinc.com | (978) 794-9424 |

|    | Street1 | Street2 | City | Zip |
|----|---------|---------|------|-----|
| 1  | 2 JOY ROAD |  | SALISBURY | 1952 |
| 2  | PO Box 7394445 |  | Chicago | 60673-4445 |
| 3  | 1011 Detroit Ave | Suite A/B | Concord | 94518 |
| 4  | 140 Washington St #1 |  | Foxborough | 2035 |
| 5  | 4512 W Jefferson Blvd |  | Los Angeles | 90016 |
| 6  | PO Box 32129 |  | New York | 10087-4129 |
| 7  | 155 Food Center Drive |  | Bronx | 10474 |
| 8  | 24 Norfolk Ave | Suite A | South Easton | 2375 |
| 9  | 262 Tosca Drive |  | Stoughton | 2072 |
| 10 | PO Box 1372 |  | Williston | 05495-1372 |
| 11 | 170 Market St |  | Everett | 2149 |
| 12 | PO Box 56007 |  | Boston | 02205-6007 |
| 13 | 23 Walpole Park S Dr. | Unit 6 | Walpole | 2081 |
| 14 | 1046 44th DR | B704 | Long Island City | 11101 |
| 15 | 106 Finnell Drive | Units 20-21 | Weymouth | 2188 |
| 16 | PO Box 27305 |  | New York | 10087-7305 |
| 17 | PO Box 735777 |  | Dallas | 75373-5777 |
| 18 | 818 Mt Auburn St |  | Watertown | 2472 |
| 19 | PO Box 7 |  | Avon | 2322 |
| 20 | 248 Copeland St |  | Quincy | 2169 |
| 21 | 687 Lowell St |  | Methuen | 1844 |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                  $ 100,000

   b. Total debts (including debts listed in 2.c., below)           $ 1,1000,000

   c. Debt secuirities held by more than 500 holders

                                                                                    Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   $ _____       _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____       _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____       _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____       _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____       _____

   d. Number of shares of preferred stock                                         _____
   e. Number of shares common stock                                               _____

   Comments, if any: _____

3. Brief description of debtor's business: Full service Vegan Pizza Restaunt.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Matthew Kenney, Kyle Saliba, Raymond Azzi, John Saca

Official Form 201A    Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

A1 RESTAURANT VENTILATION INC
2 JOY ROAD
SALISBURY MA 01952


Airgas USA, LLC
PO Box 7394445
Chicago, IL 60673-4445


Artisan Pizza Solutions
1011 Detroit Ave
Concord, MA  94518


Auto-Chlor System - Boston
140 Washington St #1
Foxborough, MA 02035


Baldor Boston
PO Box 32129
New York, NY 10087-4129


Bluedrop LLC
24 Norfolk Ave
Suite A
South Easton, MA 022375


Cafe Europa, LLC
262 Tosca Drive
Stoughton MA 02072


Casella Waste Systems, Inc.
PO Box 1372
Williston 05495-1372


163 Newbury, LLC
163 Newbury Street
Boston, MA 02116


Craft Massachusetts
170 Market St
Everett MA, 02149


Eversource Energy

PO Box 56007
Boston, MA 02205-6007

Falvey Linen Supply
23 Walpole Park S Dr.
Walpole, MA 02081

Fresh Link Products
1046 44th DR
Long Island City, NY 11101

Hogshead Wine
106 Finnell Drive
Weymouth, MA 02188

Imperial Dade
PO Box 27305
New York, NY 10087-7305

Quench USA, Inc.
PO Box 735777
Dallas, TX 75373-5777

Reverse Architecture
818 Mt Auburn St
Watertown, MA 02472

Ruby Wines
PO Box 7
Avon, MA 02322

Trust 1 Services
248 Copeland St
Quincy, MA 02169

Valley Service Inc.
687 Lowell St
Methuen, MA 01844